**FILED**
At Albuquerque NM

IN THE UNITED STATES DISTRICT COURT

APR 1 4 2015

FOR THE DISTRICT OF NEW MEXICO

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 15-1287 MV |
| | ) | |
| vs. | ) | Count 1: 18 U.S.C. §§ 1152, 113(a)(8): |
| | ) | Assault of an Intimate Partner by |
| **DEANDRE LAMONT BROWN,** | ) | Strangling or Suffocating. |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about October 3, 2014, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **DEANDRE LAMONT BROWN**, a non-Indian, did knowingly assault Jane Doe, an Indian and an intimate partner, by strangling, suffocating, and attempting to strangle and suffocate.

In violation of 18 U.S.C. §§ 1152 and 113(a)(8).

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

SJS   04/14/15   3:43PM