# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

| | | | |
|---|---|---|---|
| Before the Honorable Kirtan K. Khalsa | | | |
| United States Magistrate Judge | | | |
| Clerk's Minutes | Arraignment/Detention | | |
| Date: | 4/21/2015 | Case Number: | CR 15-1287 MV |
| Case Title: USA v. | Deandre Lamont Brown | Liberty: | Gila @ 9:40 am |
| Courtroom Clerk: | E. Romero | Total Time: | 8 minutes |
| Probation/Pretrial: | S. Avila-Toledo | Interpreter: | n/a |
| ATTORNEYS PRESENT: | | | |
| Plaintiff: | N. Cairns | Defendant: | Irma Rivas |
| PROCEEDINGS: | | | |

| | |
|---|---|
| ☐ | First Appearance of Defendant |
| ☒ | Defendant received a copy of the Indictment |
| ☒ | Defendant questioned re: time to consult with attorney regarding the penalties |
| ☒ | Defendant waives reading of Indictment |
| ☒ | Defendant is ready to enter a plea |
| ☒ | Defendant enters a plea of NOT GUILTY to all counts |
| ☒ | Meet and Confer: 5/1/2015 |
| ☒ | Motions due by:5/11/2015 |
| ☒ | Discovery Order electronically filed |
| ☒ | Case assigned to: Judge Vazquez |
| ☒ | Trial set on trailing docket: TO BE NOTIFIED |
| ☐ | Defendant remanded to custody of USMS |
| ☒ | Defendant released: To halfway house w/conditions when space is available |
| ☐ | Other: |