AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | Cr 15-1287 MV |
| | ) | | |
| *Deandre Lamont Brown* | ) | | |

RECEIVED
U.S. MARSHALS SERVICE
ALBUQUERQUE, NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
2015 APR 16 AM 8:42

15 APR 24 PM 4:06

CLERK-ALBUQUERQUE

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

xG Indictment          G   Superseding Indictment        G   Information      G   Superseding Information       G   Complaint

G   Probation Violation Petition     G   Supervised Release Violation Petition      G   Violation Notice     G   Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1152, 113(a)(8): Assault of an Intimate Partner by Strangling or Suffocating.


Date: 4/15/15

                                                                                                          *Issuing officer=s signature*

City and state:   Albuquerque, New Mexico            for  Matthew J. Dykman, Clerk of Court
                                                                                                          *Printed name and title*

**Return**

   This warrant was received on *(date)* 4/15/15 , and the person was arrested on *(date)* 4/17/15
at *(city and state)*  Dulce, NM                      .

Date: 4/17/15
                                                                                                          *Arresting officer=s signature*

CI Cowboy Sampson
                                                                                                          Antonio Ramirez / DUSM
                                                                                                          *Printed name and title*